IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr91-MHT |
| WILLIAM LENORIES WRIGHT | ) | (WO) |

## OPINION

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today and after an independent and de novo review of the entire record, the court is of the opinion, for the reasons set forth in the recommendation, that the recommendation should be followed and defendant William Lenories Wright's sentence reduced.

An appropriate judgment will be entered.

DONE, this the 15th day of November, 2012.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE